UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-cv-870 (RJL) |
| ) | |
| YOUNES MUBARAK ALRASHEEDI, ) | |
| a.k.a., YOUNIS MUBARAK SALEH ) | **FILED** |
| ) | JUL 11 2013 |
| Defendant. ) | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this _____ day of July, 2013, hereby **ORDERED** that the plaintiff's Motion for Summary Judgment [Dkt. #9] is **GRANTED**.

It is further **ORDERED** that defendant Younes Mubarak Alrasheedi's Certificate of _____ be cancelled by the U.S. Department of Homeland Security.

And it is further **ORDERED** that defendant Alrasheedi surrender and deliver his Certificate of Naturalization and all other indicia of U.S. citizenship, including, but not limited to, his U.S. passport, to the Attorney General or his designated representative.

RICHARD J. LEON
United States District Judge

8